IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VLADIMIR HANDL AND OTHERS,

    Defendants.

No. CR 15-00126 WHA

**ORDER TO CLERK'S OFFICE RE SEALING OF DEFENDANT NO. SIX**

The Clerk shall take the following steps in re-docketing case number CR 15-00126 WHA. All current docket entries shall be locked and sealed. All entries shall then be re-docketed, redacting any reference to defendant number six's name (from the original indictment), who will now be referred to as "under seal." In addition, the following documents will remain under seal: (1) the original indictment of February 24, 2015; (2) the penalty sheet and related documents relating to defendant number six named in the original indictment; (3) the arrest warrant issued from the original indictment for defendant number six named in the original indictment; (4) any docket entries referencing defendant number six's name; and (5) the government's application and unsealing order. A redacted copy of the original indictment shall be filed unsealed in lieu of the original indictment.

Going forward, this case shall be unsealed, except as indicated above.

**IT IS SO ORDERED.**

Dated: June 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE