MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wilson.leung@usdoj.gov

Attorneys for the United States of America

FILED

FEB 24 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 15 126 WHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADIMIR HANDL, et al.<br><br>    Defendants. | APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT, ARREST WARRANTS, SUMMONS, AND RELATED MATERIALS<br><br>UNDER SEAL |

    The Government respectfully submits this Application and Proposed Order to request that the above-captioned Indictment, as well as any arrest warrants and summons issued pursuant thereto, and any related materials, be filed under seal until further order of the Court. The defendant have not yet been arrested so public disclosure of the existence of the Indictment could prompt them to abscond and destroy evidence, as well as make it more dangerous for the agents who will be effecting the defendants' arrest.

    The Government further requests that copies of the Indictment and the requested arrest warrants and summons be allowed to be given to law enforcement agents and officers for the purpose of executing the arrests of the defendants and effecting service of the summons.

//

DATED: February 24, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

W.S. WILSON LEUNG
Assistant United States Attorney

Good causing appearing therefor, it is hereby ordered that the foregoing documents shall be filed and maintained under seal until the arrest of the defendants, or further order of this Court, except that copies of these documents may be provided to law enforcement officers to carry out the arrests.

SO ORDERED.

DATED: February ___, 2015

HONORABLE JOSEPH C. SPERO
Chief United States Magistrate Judge