BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for
Dominic Gabriel Grissett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

(1) VLADIMIR HANDL,
(2) MICHAEL ROSE,
(3) PETER SCALISE,
(4) PML CLUBS, INC,
(5) DAVID GAITHER,
(6) RICHARD LELYAND,
(7) EDWIN HETHERTON,
(8) PAUL FINK,
(9) JOHN DAVID MCGAHA,
(10) DOMINIC GABRIEL GRISSETT, and
(11) RICHARD OBRYANT BUSH,

Defendants.

Case No. CR15-0126 WHA

**DEFENDANT GRISSETT'S UNOPPOSED *EX PARTE* MOTION TO WAIVE APPEARANCE AT STATUS CONFERENCE**

DATE: None Set
TIME: None Set
JUDGE: Hon. William H. Alsup

TRIAL DATE: February 9, 2016

## I. INTRODUCTION

Pursuant to Criminal Local Rule 47-3, Defendant Dominic Gabriel Grissett respectfully requests that the Court waive his appearance at the August 24, 2015, status conference and allow Mr. Grissett to attend the conference by telephone. Requiring Mr. Grissett, who lives in South Carolina, to attend the conference would result in an undue financial hardship. The government has informed counsel for Mr. Grissett that it does not object to Mr. Grissett's telephonic appearance.

In the alternative, if the Court will not allow Mr. Grissett to appear telephonically, Mr. Grissett has simultaneously filed an *Ex Parte* Application to have the United States Marshals pay for his travel expenses pursuant to 18 U.S.C. § 4285, and respectfully requests that the Court grant that application. The government objects to Mr. Grissett's application to have the United States Marshals pay for his travel expenses.

## II. ARGUMENT

After a glitch with the ECF system engendered a scheduling issue, Mr. Grissett moved before the Court to have his appearance waived at the initial status conference for this matter (Dkt. No. 193). The Court granted Mr. Grissett's motion (Dkt. No. 192) but required that Mr. Grissett attend the August 19, 2015 hearing at which several motions would be argued. Mr. Grissett, using his own scarce funds he has earned since on pretrial release, paid for a plane ticket to San Francisco to ensure his attendance at that hearing. On July 31, 2015, however, the Court moved the hearing from August 19, 2015 to August 24, 2015 at 8 a.m. (*see* Clerk's Notice, Dkt. No. 221). In order for Mr. Grissett to attend the August 24, 2015 hearing, Mr. Grissett will incur hundreds of dollars in airplane fees to change his plane flight, in addition to the cost of a hotel room for at least one night.

Mr. Grissett was released to his home in South Carolina pending trial. Since on pretrial release, Mr. Grissett has obtained part time employment at a local restaurant. Moreover, Mr. Grissett has a 9-month old daughter, Kaydence, for whom he provides care, along with Kaydence's mother. Requiring Mr. Grissett to attend the August 24, 2015 status conference would require Mr. Grissett to take leave from both his job and his role as caretaker for his young daughter. Also, as noted in Mr. Grissett's financial affidavit submitted for appointment of counsel, he is not a man of means, and

incurring the cost of traveling to San Francisco from South Carolina would impose a significant burden. At Mr. Grissett's detention hearing, counsel represented to United States Magistrate Judge Corley that given the expense of travel, Mr. Grissett intended to waive appearance at all non-mandatory hearings.

Federal Rule of Criminal Procedure 43(b) provides that a defendant need not be present at a proceeding that involves "only a conference or hearing on a question of law." The August 24, 2015 status conference meets this requirement. *See, e.g., United States v. Astacio Espino*, 748 F. Supp. 2d 131, 133 (D.P.R. 2010) ("the status conference… falls clearly in to the category of proceedings at which a defendant's presence is not required").

A waiver is also appropriate here because Mr. Grissett is not a flight risk. He self-surrendered to the United States Marshals to travel to San Francisco for his arraignment. He was released on pretrial release to his parents' home in South Carolina without incident and promptly reported to his pretrial services officer. Mr. Grissett has never missed an appointment with his pretrial services officer nor violated any condition of his pretrial release. He has used his time on pretrial release to obtain gainful employment and care for his baby daughter. Mr. Grissett has been informed of the pending motions for misjoinder and for bill of particulars and his counsel will be prepared to argue those motions without Mr. Grissett's attendance.

//

//

//

//

//

//

//

//

//

While Mr. Grissett and his counsel appreciate the significance of the August 24, 2015, conference, for the foregoing reasons we respectfully submit that the Court should waive Mr. Grissett's physical appearance and allow him to appear by telephone  If the Court declines to allow Mr. Grissett to attend the conference telephonically, we have separately submitted a motion for an order requiring the United States Marshal's Service to pay the cost of the change fee for Mr. Grissett's ticket and a hotel room for the evening of August 23, 2015.

Dated: August 10, 2015

BOERSCH SHAPIRO LLP

_*/s/Martha Boersch*__________________
MARTHA BOERSCH
Attorney for Defendant Grissett

BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for
Dominic Gabriel Grissett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

(1) VLADIMIR HANDL,
(2) MICHAEL ROSE,
(3) PETER SCALISE,
(4) PML CLUBS, INC,
(5) DAVID GAITHER,
(6) RICHARD LELYAND,
(7) EDWIN HETHERTON,
(8) PAUL FINK,
(9) JOHN DAVID MCGAHA,
(10) DOMINIC GABRIEL GRISSETT, and
(11) RICHARD OBRYANT BUSH,

Defendants.

Case No. CR15-0126 WHA

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT GRISSETT'S UNOPPOSED *EX PARTE* MOTION TO WAIVE APPEARANCE AT STATUS CONFERENCE**

DATE: None Set
TIME: None Set
JUDGE: Hon. William A. Alsup

TRIAL DATE: February 19, 2016

The Court having duly considered Defendant Dominic Gabriel Grissett's *Ex Parte* Motion to Waive Appearance at Status Conference, good cause appearing therefore, and for reasons stated in the defendant's Motion, the Motion is hereby **GRANTED**. Defendant Dominic Gabriel Grissett may appear telephonically at the August 24, 2015 status conference..

**IT IS SO ORDERED.**

Dated: August 12, 2015

HONORABLE WILLIAM ALSUP
United States District Judge

1

~~[PROPOSED]~~ ORDER GRANTING MOTION TO WAIVE APPEARANCE
Case No. CR15-0126 WHA