IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VLADIMIR HANDL AND OTHERS,

    Defendants.

                      /

No. CR 15-00126 WHA

**NOTICE RE APPEARANCES AT UPCOMING HEARING**

Defendant Dominic Grissett has filed an unopposed motion to appear by telephone at the upcoming hearing set for August 24. That request was granted (Dkt. No. 228). All other defendants are expected to appear in person at the August 24 hearing.

Dated: August 12, 2015.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE