SOLOMON L. WISENBERG, ESQ.
DC Bar No. 464867
Nelson, Mullins, Riley & Scarborough, LLP
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorney for Defendants (Pro Hac Vice)
Michael Rose
PML Clubs, Inc.

THOMAS H. BIENERT, JR., ESQ.
CA BAR No. 135311
Bienert, Miller and Katzman, PLC
903 Calle Amanecer
Suite 350
San Clemente, CA 92673
Telephone: 949.369.3700
Attorney for Defendants
Michael Rose
PML Clubs, Inc.

RECEIVED
2015 AUG 18  A 10: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 0 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VLADIMIR HANDL,<br>MICHAEL ROSE, et al.,<br><br>　　　　　Defendants. | NO. 15-CR-0126-WHA<br><br>**DEFENDANT MICHAEL ROSE'S STIPULATION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE** |

**PLEASE TAKE NOTICE** that Defendant Michael Rose, through undersigned counsel, submits this Stipulation and Proposed Order on behalf of the parties to request amendment of the conditions of his release regarding his residence, travel, and communications. In addition to the current conditions of Mr. Rose's release, Mr. Rose requests that he be granted permission to:

1. Relocate from his current residence located in Myrtle Beach, South Carolina

STIPULATION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE
NO. 15-CR-0126-WHA

to a new residence located in Minneola, Florida. The address of the new residence will be provided to the U.S. Pretrial Services Office in the Northern District of California. Mr. Rose is scheduled to close on a home at this new address in mid to late September 2015.

2. Travel within the State of Florida once the move is complete.

3. Travel to the Washington, D.C. metropolitan area as necessary to confer with defense counsel in the above-captioned case.

4. Travel to Hilton Head and Myrtle Beach, South Carolina, Bedford, New Hampshire (via Manchester or Republic Executive Airport, NY), and Wilmington, Delaware (via Philadelphia) for business-related purposes. Mr. Rose owns and operates business entities in Hilton Head, South Carolina, Bedford, New Hampshire and Wilmington, Delaware and his physical presence is occasionally necessary to maintain normal business operations. He also owns properties and is a party to multiple civil actions in Myrtle Beach.

5. Maintain contact with Defendant David Gaither for the purpose of discussing matters related to the above-mentioned civil litigation and Mr. Rose's various business operations. Mr. Gaither was employed by Mr. Rose until recently and communication between the two is occasionally necessary in connection with the civil litigation and the continuity of ongoing business operations.

The Government does not oppose these amendments to the conditions of Mr. Rose's release and some of them have previously been orally granted by Magistrate Judge Maria-Elena James while this matter was still under seal. Mr. Rose's Pretrial Services Officers in South Carolina and the Northern District of California have been notified of this filing and have no objection to it. Mr. Rose has abided by all the conditions of his pretrial release.

**SO STIPULATED.**

DATED: August 17, 2015    MELINDA HAAG
                          United States Attorney

STIPULATION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE
NO. 15-CR-0126-WHA

2

By: _/s/_
W.S. WILSON LEUNG
DAVID B. COUNTRYMAN
Assistant United States Attorneys

DATED: August 17, 2015

_/s/_
Solomon L. Wisenberg
Counsel for Defendant Michael Rose

**SO ORDERED.**

DATED: 8-20, 2015

~~HON. WILLIAM ALSUP~~
~~United States District Judge~~

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE
NO. 15-CR-0126-WHA

3