1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
7        FAX: (415) 436-7234
         wilson.leung@usdoj.gov
8
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15-CR-0126-WHA |
| v. | |
| VLADIMIR HANDL, et al., | STIPULATION AND [~~PROPOSED~~] ORDER |
| Defendants. | |

The United States of America, by and through its counsel, W.S. Wilson Leung, Damali A. Taylor, and David Countryman, Assistant United States Attorneys, and defendant Vladimir Handl, by and through his counsel Rees Morgan, Esq., and Timothy Crudo, Esq., and defendant Michael Rose, by and through his counsel Soloman Wisenberg, Esq., respectfully proposes the following schedule for the Court's consideration. The parties hereby stipulate and agree to the following:

1. The Government's response to the defendants' motion to dismiss the indictment based on outrageous government conduct shall be filed on September 22, 2015. Any reply by the defendants shall be filed on September 29, 2015. Any hearing on these motions shall be at 2 pm on October 13, 2015.

2. In addition, the hearing for the defendants' motions for information relating to an confidential informant, which is presently set for October 6, 2015, shall be consolidated with the October 13, 2015 hearing for the defendants' motions to dismiss.

3.

SO STIPULATED.

DATED: September 17, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/
W.S. Wilson Leung
Damali A. Taylor
David Countryman
Assistant United States Attorney

DATED: September 17, 2015

/s/
Rees Morgan, Esq.
Tim Crudo, Esq.
Counsel for Vladimir Handl

DATED: September 17, 2015

/s/
Soloman L. Wisenberg, Esq.
Counsel for Michael Rose and PML Clubs, Inc.

SO ORDERED.

DATED: September 17, 2015

HON. WILLIAM ALSUP
United States District Judge