IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00126 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR DECLARATIONS FROM DEFENSE COUNSEL** |
| VLADIMIR HANDL, et. al., | |
| Defendants. | |

In preparation for the upcoming hearing, defense counsel or their investigators are requested to submit declarations, stating with specificity, the extent to which they already had possession, custody, or control of the documents, communications, emails, and text messages that the government produced after the August 25, 2015 Rule 16 deadline. These declarations shall be submitted by **FOUR P.M. PST ON OCTOBER 12, 2015.**

Dated: October 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE