1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-6753
        wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA        )  NO.   15-CR-126-WHA
14                                 )
        v.                         )
15                                 )  GOVERNMENT'S WITNESS LIST
   VLADIMIR HANDL, et al.,         )
16                                 )
        Defendants.                )
17                                 )
                                   )
18 _____)

19

20     Please find below a list of witnesses who the Government may call during its case-in-chief. The

21 Government reserves the right to supplement or amend this list as necessary. The Government hereby

22 requests that the defendants timely provide their witness lists to the Government so that the Government

23 has sufficient time to run criminal history checks for any individuals the defendants intend to call.

24 //

25

26

27

28

                                            1

1. FBI UCE-4252
2. FBI UCE-3015
3. FBI UCE-6398
4. FBI UCE-6377
5. FBI UCE-5173
6. FBI UCE-3270
7. FBI UCE-4472
8. FBI UCE-4486
9. FBI UCE-4015
10. FBI UCE-4562
11. FBI UCE-4860
12. FBI UCE-4581
13. FBI UCE-3144
14. FBI UCE-4212
15. FBI Special Agent Chris Walters
16. FBI Special Agent Jonathan Fisher
17. FBI Special Agent Alexey Abrahams
18. FBI Special Agent Donovan McKendrick
19. FBI Special Agent Michael Ward
20. FBI Special Agent Joe Vetter
21. FBI Special Agent Mark Jaroszewski
22. FBI Special Agent Keith Nelson
23. FBI Special Agent Paul Jones
24. FBI Special Agent Thinh Nguyen
25. FBI Special Agent Sarah Markarian
26. FBI Special Agent Jeff Long
27. FBI Special Agent Tracy Hicks
28. DEA Special Agent Jim Bush
29. DEA Special Agent Ronald Kopec
30. DEA Special Agent Eric Elliott
31. Confidential informant
32. Google representative
33. Verizon representative
34. Wells Fargo representative
35. Bank of America representative
36. Branch Banking and Trust representative

Dated: December 23, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

By:  \_\_\_\_\_/s/_____
W.S. WILSON LEUNG
Assistant United States Attorney

2