BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 15-CR-0126-WHA |
|     v. | ) |
| VLADIMIR HANDL, et al., | ) STIPULATION AND [PROPOSED] ORDER |
|     Defendants. | ) |

    The United States of America, by and through its counsel, W.S. Wilson Leung, Assistant United

States Attorney, and defendant Michael Rose, by and through his counsel Solomon L. Wisenberg, Esq.,

respectfully submits this Stipulation and Proposed Order to: (1) request modifications of the defendant's

conditions of pre-trial release; (2) request January 25, 2016 for the defendant's change of plea; and (3)

vacate the February 9, 2016 trial date as to Michael Rose.  The parties hereby stipulate and agree to the

following:

    1.    At his arrest in South Carolina in this matter in March 2015, the defendant was released

        subject to the following bail conditions: (a) a $500,000 unsecured bond; (b) submit to the

        supervision of Pretrial Services; (c) continue or actively seek employment; (d) surrender

of any passport; (e) not obtain any new travel document;       (f) travel restricted to South Carolina, other than travel to the Northern District of California for this matter and to Washington, DC, with the approval of Pretrial Services; (g) no contact with any victim or witness; (h) not possess a firearm, destructive device, or other weapon; (i) refrain from excessive alcohol use; (j) not use or illegally possess a narcotic drug or controlled substance without a prescription; (k) submit to drug testing if required by Pretrial Services; (l) participate in substance abuse therapy and counseling if required by Pretrial Services; (m) report any contacts with law enforcement personnel to Pretrial Services; and (n) contribute to the cost of any treatment.  On or about August 20, 2015, the Court, upon stipulation of the parties, amended these conditions to: (a) allow him to move to Florida and travel within Florida; (b) travel to Washington, DC, as necessary to confer with counsel; (c) travel to Hilton Head and Myrtle Beach, South Carolina, as well as Bedford, New Hampshire, and Wilmington, Delaware, for business; and (d) have contact with co-defendant David Gaither to discuss matters relating to a civil suit in which they are both involved as well as their common business interests.  The defendant has made all required court appearances and has no reported violations of his release conditions.

2.    The defendant and his wife are currently expecting the birth of a child no later than January 14, 2016.

3.    The defendant intends to plead guilty to the charges in a timely manner.  However, due to complications related to the pregnancy, and the need to assist with his wife's recuperation, the defendant needs to be present for the birth of his child, as well as in the time period thereafter, in order to assist his wife, their newborn child, and their other children.

4.    Accordingly, the defendant respectfully requests that the Court schedule a change of plea hearing for him for January 25, 2016, at 2 pm, or as soon thereafter as the Court's schedule allows.

5.    In light of the defendant's intent to plead guilty on January 25, 2016, the parties respectfully request that the February 9, 2016 trial date be vacated as to the defendant.

2

As a token of the defendant's commitment to plead guilty on January 25, 2016, the defendant respectfully submits the accompanying Stipulation Admitting Guilt.

6.     The defendant also respectfully requests that he be allowed to remain on release during the pendency of sentencing subject to the following enhanced conditions: his bond amount shall be doubled from $500,000 to $1,000,000.  The defendant submits that his record of compliance with his bail conditions, combined with the expected birth of his child and the enhanced bail conditions constitute exceptional circumstances justifying his continued release post guilty-plea during the pendency of his sentencing.

7.     The Government does not object to the foregoing requests.

SO STIPULATED.

DATED:  January 8, 2016                              BRIAN J. STRETCH
                                                     Acting United States Attorney


                                                       /s/
                                                     W.S. Wilson Leung
                                                     Assistant United States Attorney



DATED:  January 8, 2016


                                                       /s/
                                                     Solomon L. Wisenberg, Esq.
                                                     Counsel for Michael Rose

//

3

BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:

1.  Michael Rose's change of plea date shall be set for _____, 2016, at _____.

2.  Following the entry of his guilty plea, Rose shall continue to be on release pending sentencing subject to the same bail conditions currently in place, except that the amount of his bond shall be increased to $1,000,000.

3.  The February 9, 2016 trial date for Rose shall be vacated.

DATED:  January ___, 2016

_____
HON. WILLIAM ALSUP
United States District Judge