BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15-CR-0126-WHA |
| v. | |
| VLADIMIR HANDL, et al., | STIPULATION OF GUILT |
| Defendants. | |

    I, MICHAEL ROSE, knowingly and voluntarily and with the advice my counsel, Solomon Wisenberg, Esq., enter into this Stipulation Admitting Guilt with the United States of America, represented by its counsel, W.S. Wilson Leung, Assistant United States Attorney. I hereby stipulate to the following:

    1.    I am guilty of the charges against me contained in Superseding Indictment 15-CR-0126-WHA. Specifically, among other things, I, in agreement with others, engaged in financial transactions involving proceeds I believed to be derived from drug trafficking with the intent to conceal and disguise the nature, location, and source of the proceeds. From roughly May 2012 through roughly December 2014, I and/or my accomplices accepted

1

cash that I believed was derived from drug trafficking, deposited it into business bank accounts I and/or my accomplices controlled, and then returned the cash to the owner via check or wire transfers, keeping approximately 10% of the cash as the money laundering fee. I and/or my accomplices also created false business records to justify the checks and wire transfers sent to the owner of the cash.

2. I hereby stipulate that the foregoing admissions are true and correct under penalty of perjury.

3. I hereby further stipulate that this Stipulation of Guilt may be used against me and received into evidence if I should contest the charges against me in Superseding Indictment 15-CR-0126-WHA and that I will not object to its admission and any use at trial and/or any other proceeding relating to the charges against me in Superseding Indictment 15-CR-0126-WHA.

SO STIPULATED.

DATED: January 8, 2016

BRIAN J. STRETCH
Acting United States Attorney

/s/
W.S. Wilson Leung
Assistant United States Attorney

DATED: January 8, 2016

/s/
Solomon L. Wisenberg, Esq.
Counsel for Michael Rose

SO ORDERED.

DATED: January ___, 2016

HON. WILLIAM ALSUP
United States District Judge