IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| MICHAEL ROSE, | |
| Defendant. | |

    The parties have filed a stipulated request to set a change of plea hearing on January 25, 2016, for defendant Michael Rose and also request to vacate the February 9, 2016, trial date as to him. By **NOON ON JANUARY 13**, the parties are requested to answer the following questions:

    (1) Does defendant PML Clubs Inc., who is represented by the same counsel as defendant Rose, also intend to plead guilty on January 25? Or does PML intend to go to trial on February 9?

    (2) Does defendant Rose intend to plead guilty to all counts against him in the superceding indictment, including Count 132 (the drug charge)?

    (3) Does defendant Rose intend to plead open or is there some other undisclosed agreement between the parties? As previously stated, no Rule 11(c)(1)(C) plea deals will be accepted at this late date (Dkt. No. 301).

    (4) The parties also submitted a supposed declaration from defendant Rose admitting guilt. The declaration, however, is not signed by him. Rather, it is signed by his counsel. If the parties want this admission to carry any weight, they shall submit a revised declaration that is actually signed by defendant Rose himself.

(5) The Court would like to conduct the change of plea hearing earlier than the parties' proposed date of January 25 — preferably on January 19, 2016, at Two P.M.  Would the parties be available on that date or on an alternative date next week?

Dated:  January 11, 2016.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE