BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>VLADIMIR HANDL, et al.,<br><br>      Defendants. | Case No. 15-CR-0126-WHA<br><br>JOINT RESPONSE TO COURT'S JANUARY 11, 2016 ORDER |

The parties respectfully submit the following responses to the Court's inquiries presented in its January 11, 2016 Order (Docket #325):

**1.    Does defendant PML Clubs Inc., who is represented by the same counsel as defendant Rose, also intend to plead guilty on January 25? Or does PML intend to go to trial on February 9?**

At this point in time, there is no disposition involving PML Clubs, Inc. Rose intends to plead guilty individually. Thus, PML Clubs, Inc., will still be set for trial on February 9, 2016. The Government and PML Clubs, Inc. are in discussions concerning this issue, but it will not be resolved prior to Mr. Rose's individual guilty plea.

1

1  **2.    Does defendant Rose intend to plead guilty to all counts against him in the**
2  **superseding indictment, including Count 132 (the drug charge)?**
3  Yes.  Rose intends to plead guilty to all the counts against him, including Count 132.
4  **3.    Does defendant Rose intend to plead open or is there some other undisclosed**
5  **agreement between the parties?  As previously stated, no Rule 11(c)(1)(C) plea deals**
6  **will be accepted at this late date (Dkt. No. 301).**
7  Rose will be pleading open.
8  **4.    The parties also submitted a supposed declaration from defendant Rose admitting**
9  **guilt. the declaration, however, is not signed by him.  Rather, it is signed by his**
10 **counsel. If the parties want this admission to carry any weight, they shall submit a**
11 **revised declaration that is actually signed by defendant Rose himself.**
12 The parties respectfully are submitting a new stipulation signed by Rose himself.
13 **5.    The Court would like to conduct the change of plea hearing earlier than the parties'**
14 **proposed date of January 25 — preferably on January 19, 2016, at Two P.M.**
15 **Would the parties be available on that date or on an alternative date next week?**
16 Rose would respectfully request a change of plea on January 25, 2016.  The only
17 alternative date next week that Rose is available is January 22, 2016.

Respectfully submitted,

DATED:  January 13, 2016

BRIAN J. STRETCH
Acting United States Attorney

/s/
W.S. Wilson Leung
Damali A. Taylor
Stephen J. Meyer
Assistant United States Attorneys

DATED:  January 13, 2016

/s/
Solomon L. Wisenberg, Esq.
Counsel for Michael Rose

2