IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ROSE,<br><br>    Defendant.<br>                                                           / | No. CR 15-0126 WHA<br><br>**ORDER SETTING CHANGE<br>OF PLEA HEARING** |

A change of plea hearing is hereby set for defendant Michael Rose on **JANUARY 25, 2016, AT TWO P.M.**

Dated: January 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE