IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **NOTICE RE UPCOMING TRIAL** |
| VLADIMIR HANDL AND OTHERS, | |
| Defendants. | |

For the group of defendants set for trial on February 9, the deadline for filing motions in limine was January 20. Although indications have been made that some remaining defendants will plead guilty, that is not a certainty until a conviction is on the record. The trial will go forward on February 9 as to any defendant who has not pled out. At this point, any defendant wishing to file a motion in limine will need to obtain leave from the Court and demonstrate good cause for missing the deadline. The government has filed timely motions in limine and defendants' oppositions are due on January 27. Until a defendant has pled guilty, oppositions to the government's motions in limine must still be timely filed.

Dated: January 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE