**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

VLADIMIR HANDL AND OTHERS,

       Defendant.

_____/

No. CR 15-0126 WHA

**ORDER TO SHOW CAUSE RE ADVANCING MAY 9 TRIAL**

    In light of the high likelihood that all defendants set for trial on February 9 will plead out or be convicted via a stipulated facts bench trial, the Court wishes to advance the trial currently set for May 9 up to February 29 for defendants Paul Fink, John McGaha, Dominic Grissett, and Richard Bush. The government and those defendants must show specific and good cause why the trial date should not be advanced by **NOON ON JANUARY 27, 2016.**

    **IT IS SO ORDERED.**

Dated: January 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE