UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 22 minutes |
| Date: | January 5, 2016 | | |
| Case No. | 3:15-cr-00126-WHA-3 | | |

**United States of America**         v.         **Peter Scalise**

☒ Defendant Present
☐ Not Present
☐ In Custody

U.S. Attorney
Wilson Leung

Defense Counsel
Geoff Hansen

Deputy Clerk: Dawn Logan                    Reporter: Rhonda Aquilina

Probation Officer: n/a

*PROCEEDINGS*

REASON FOR HEARING:    Change of Plea - HELD

RESULT OF HEARING:    Defendant entered an Open Plea to Counts One to Seventeen of the Superseding Indictment. Court signed the order accepting the pleas and adjudged the defendant convicted. Matter referred to Probation for preparation of a presentence report.

Court finds the defendant can remain released on bail under the same conditions.

CONTINUED TO: **May 31, 2016 at 2:00 pm** for Sentencing