IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **NOTICE RE UNFILED RESPONSES TO ORDER TO SHOW CAUSE** |
| VLADIMIR HANDL AND OTHERS, | |
| Defendant. | |

A previous order requested that the government and defendants Paul Fink, John McGaha, Dominic Grissett, and Richard Bush show cause as to why their trial should not be advanced to February 29 by noon today (Dkt. No. 334). Only defendants Fink and Grissett timely responded. If no other responses are received from the other parties by **FIVE P.M. TODAY**, then those parties will have waived any right to contest a February 29 trial date.

Dated: January 27, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE