IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VLADIMIR HANDL AND OTHERS,<br><br>　　　　Defendants. | No. CR 15-0126 WHA<br><br><br>**NOTICE RE TRIAL DATE** |

　　　　The Court thanks counsel for responding to the order to show cause regarding advancing the trial date (although no response was received from defendant John McGaha). Based on the responses, it appears that it will be impossible to advance the trial date and trial for defendants Bush, Grissett, McGaha, and Fink will go forward as scheduled on **MAY 9, 2016 AT 7:30 A.M.** The pretrial conference shall be held on **MAY 4, 2016 AT 2:00 P.M.**

　　　　Unless it covers all four of these defendants, no Rule 11(c)(1)(C) plea agreement will be accepted after **FEBRUARY 29, 2016.** Open pleas or other plea agreements that dispose of all counts against a defendant, however, will be allowed at any time. A previous order discussed in detail the burdens last-minute Rule 11(c)(1)(C) pleas put on the Court and on the system (*see* Dkt. No. 301).

　　　　**IT IS SO ORDERED.**

Dated: January 28, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE