IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **NOTICE RE EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| VLADIMIR HANDL AND OTHERS, | |
| Defendants. | |

Time has been excluded under the Speedy Trial Act through today, February 9, 2016. Time has not been excluded up through May 9, the next trial date on calendar. By **NOON ON FEBRUARY 12, 2016**, the parties may file an appropriate stipulation excluding time through May 9. If no stipulation is filed by that date, then trial will commence on **FEBRUARY 29, 2016**, notwithstanding counsel's conflicts.

**IT IS SO ORDERED.**

Dated: February 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE