BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15-CR-0126-WHA |
| v. | |
| VLADIMIR HANDL, et al., | STIPULATION AND [PROPOSED] ORDER |
| Defendants. | |

    The United States of America, by and through its counsel, W.S. Wilson Leung, Assistant United States Attorney, and defendants Paul Fink, by and through his counsel Christopher Morales, Esq., John David McGaha, by and through his counsel Paul DeMeester, Esq., Dominic Gabriel Grissett, by and through his counsel Martha Boersch, Esq., and Lara Kollios, Esq., and Richard Obryant Bush, by and through his attorney John Runfola, Esq., stipulate and agree to the following:

1. Trial for the four defendants referenced above in the above-captioned matter is scheduled to commence on May 9, 2016;

2. Between now and May 9, 2016, defense counsel will be preparing their respective cases as well as engaging with the Government regarding possible resolution of this matter.

3. Accordingly, the parties stipulate that excluding time under the Speedy Trial Act through May 9, 2016 would serve the interests of justice by ensuring the effective representation of counsel.

SO STIPULATED.

DATED: February 12, 2016

BRIAN J. STRETCH
Acting United States Attorney

   /s/
W.S. Wilson Leung
Assistant United States Attorney

DATED: February 12, 2016

   /s/
Christopher Morales, Esq.
Counsel for Paul Fink

DATED: February 12, 2016

   /s/
Paul DeMeester, Esq.
Counsel for John David McGaha

DATED: February 12, 2016

   /s/
Martha Boersch, Esq.
Lara Kollios, Esq.
Counsel for Dominic Gabriel Grissett

DATED: February 12, 2016

   /s/
John Runfola, Esq.
Counsel for Richard Obryant Bush

SO ORDERED.

DATED: February 16, 2016

HON. WILLIAM ALSUP
United States District Judge