NELSON, MULLINS, RILEY & SCARBOROUGH, LLP

SOLOMON L. WISENBERG, ESQ.
DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorney for Defendants (Pro Hac Vice)
Michael Rose
PML Clubs, Inc.

THOMAS H. BIENERT, JR., ESQ.
CA BAR No. 135311
Beinert, Miller and Katzman, PLC
903 Calle Amanecer
Suite 350
San Clemente, CA 92673
Telephone: 949.369.3700
Attorney for Defendants
Michael Rose
PML Clubs, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                          Plaintiff,   )<br>                                                       )<br>   vs.                                              )<br>                                                       )<br> MICHAEL ROSE,                          )<br>                                                       )<br>                                                       )<br>                          Defendant.  )<br>                                                       ) | No. 15-CR-0126-WHA<br><br>**DEFENDANT MICHAEL ROSE'S MOTION FOR MODIFICATION OF TRAVEL RESTRICTIONS** |

**PLEASE TAKE NOTICE** that Defendant Michael Rose, through undersigned counsel, submits this Motion for modification of the conditions of his release regarding travel over March 7-13, 2016. In support of the Motion, Mr. Rose submits the following:

1. Mr. Rose's original pre-trial release conditions were the following: (a) a $500,000 unsecured bond; (b) submit to the supervision of Pretrial Services; (c) continue or actively seek employment; (d) surrender of any passport; (e) not obtain any new travel document; (f) travel restricted to South Carolina, other than travel to the Northern District of California for this matter and to Washington, DC, with the approval of Pretrial Services; (g) no contact with any victim or witness; (h) not possess a firearm, destructive device, or other weapon; (i) refrain from excessive alcohol use; (j) not use or illegally possess a narcotic drug or controlled substance without a prescription; (k) submit to drug testing if required by Pretrial Services; (l) participate in substance abuse therapy and counseling if required by Pretrial Services; (m) report any contacts with law enforcement personnel to Pretrial Services; and (n) contribute to the cost of any treatment.

2. On August 17, 2015, undersigned counsel filed a Stipulation and Proposed Order to Amend Conditions of Release, requesting that the Court modify Mr. Rose's travel restrictions. Dkt. Entry 232. Mr. Rose's Stipulation requested that he be permitted to (a) move to a new residence in Minneola, Florida, and travel within the state of Florida; (b) travel to Washington, D.C. to confer with counsel; (c) travel to Hilton Head and Myrtle Beach, South Carolina, and Bedford, New Hampshire; and Wilmington, Delaware, for business-related purposes; and (d) have contact with co-defendant David Gaither to discuss matters relating to a civil suit in which they are both involved as well as their common business interests. *Id.* ¶ 4.

3. On August 20, 2015, the Court granted Mr. Rose's Stipulation. Dkt. Entry 236.

4. Mr. Rose has made all required court appearances and abided by all of the conditions of his pretrial release.

5. Mr. Rose respectfully requests that the Court modify the list of permissible travel destinations for March 7-13, 2016. Mr. Rose's wife scheduled a five-night cruise on a Royal Caribbean ship for Mr. and Mrs. Rose as a surprise gift. The cruise departs from Ft. Lauderdale, Florida on March 7, 2016, and stops in Labadee, Haiti on March 9, 2016; Falmouth, Jamaica on March 10, 2016; and arrives in Ft. Lauderdale on March 13, 2016. A passport is not required for the cruise. Mr. Rose will communicate with his Pretrial Services Officer before his departure on March 7, 2016; during the cruise; and when he arrives back in Ft. Lauderdale on March 13, 2016.

6. Undersigned counsel advised Assistant United States Attorney Wilson Leung of Mr. Rose's intention to file this Motion, and the Government opposes this Motion because it considers it to involve foreign travel.

DATED: February 26, 2016.

                Respectfully submitted,

                /s/ Solomon L. Wisenberg
                SOLOMON L. WISENBERG, ESQ.
                DC Bar No. 464867
                101 Constitution Avenue, N.W., Suite 900
                Washington, D.C. 20001
                Telephone: 202.689.2922
                Attorney for Defendants (Pro Hac Vice)
                Michael Rose
                PML Clubs, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify on the 26th day of February, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record in this matter.

/s/ Solomon L. Wisenberg
SOLOMON L. WISENBERG, ESQ.
DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorney for Defendants (Pro Hac Vice)
Michael Rose
PML Clubs, Inc.