NELSON, MULLINS, RILEY & SCARBOROUGH, LLP

SOLOMON L. WISENBERG, ESQ.
DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorney for Defendants (Pro Hac Vice)
Michael Rose
PML Clubs, Inc.

THOMAS H. BIENERT, JR., ESQ.
CA BAR No. 135311
Beinert, Miller and Katzman, PLC
903 Calle Amanecer
Suite 350
San Clemente, CA 92673
Telephone: 949.369.3700
Attorney for Defendants
Michael Rose
PML Clubs, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 15-CR-0126-WHA |
| ) | |
| vs. ) | [PROPOSED] ORDER GRANTING |
| ) | DEFENDANT MICHAEL ROSE'S |
| MICHAEL ROSE, ) | MOTION FOR MODIFICATION OF |
| ) | TRAVEL RESTRICTIONS |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Michael Rose's Motion for modification of the conditions of his release regarding travel over March 7-13, 2016 is hereby **GRANTED** to the extent listed in paragraph 5 of his Motion at Docket No. 360.

1  **IT IS SO ORDERED.**

3  Dated: __Octej "6."4238_____

   _____
   ~~Hon. William Alsup~~
   ~~United States District Judge~~

26  ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT MICHAEL ROSE'S MOTION FOR MODIFICATION OF TRAVEL RESTRICTIONS
No. 15-CR-0126-WHA