BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7234
    lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 15-CR-0126 WHA |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION AND [~~PROPOSED~~] |
| v. ) | ORDER UNSEALING PLEA AGREEMENT |
| ) | |
| DAVID GAITHER, ) | |
| ) | |
| Defendant. ) | |

    The Government respectfully submits this application and proposed order to request that the sealed Plea Agreement and charging documents in the above-captioned matter be unsealed for the limited purpose of disclosing those documents to counsel for the defense in the upcoming trial in the matter of <u>United States v. John David McGaha, Dominic Gabriel Grissett, and Richard Obryant Bush</u>, Case No. 15-CR-0126 WHA.

DATED: April 5, 2016                        Respectfully submitted,

                                                    BRIAN J. STRETCH
                                                    United States Attorney

                                                     /s/
                                                   LLOYD FARNHAM
                                                   Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Plea Agreement and charging documents as set forth above are unsealed for the limited purpose of allowing disclosure to the defense for use at trial in <u>United States v. John David McGaha, Dominic Gabriel Grissett, and Richard Obryant Bush</u>, No. 15-CR-0126 WHA, and for no other use or purpose.  The Clerk of the Court may provide a copy of these documents to employees of the United States Attorney's Office for the purposes of this disclosure.

DATED:   April 6, 2016.

HON. WILLIAM ALSUP
United States District Judge