# Exhibit B

# MICHAEL J. ROSE

May 11, 2016

The Honorable Judge William Alsup
U.S. District Judge
United States District Court for the
Northern District of California
San Francisco Courthouse, Courtroom 8 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Alsup:

My name is Michael Jordan Rose and I fully accept responsibility for the actions I took that have brought me to your Court. I knew what I was being asked to do was wrong and illegal, but I eventually decided to do it anyway. Although there are extenuating circumstances, I do not wish to gloss over my individual choice to cross the line into criminal conduct. It was my choice to make and I made the wrong choice. I write this letter to Your Honor with hopes of giving some insight into my life history leading up to my arrest for the crimes that I pled guilty to.

I've been working hard my whole life. At 15, I got a job as a dishwasher at Banta's Steak and Stein to help my parents with family finances. I started out doing the dishes, but was moved into the prep department where I excelled. I was eventually given control of preparing all of the items that went into the 50 item salad bar. I was given key access, so that I could start my job at 7am on Saturdays & Sundays. During my almost 2-year employment (between the ages of 15 and 17), they allowed me to move between prep and the chef's line, so that I could learn how the front line operated.

At age 17, I left high school and had no choice but to figure out how I was going to become something in life. I knew that in order to survive and become successful, I was going to have to be motivated, ambitious and willing to work extra hard to accomplish my goals. I did just that for over 25 years.

I went to work at Herman Sporting Goods where I was hired as a sales person in their hunting, fishing, camping and seasonal ski department by the store manager, Al Formosa. Mr. Formosa was so impressed with my work ethic as well as my knowledge of the departments that at age 18 he moved me into a management position where I was now responsible for the camping and seasonal ski departments. I took this job extremely seriously and wanted to learn everything about the sporting goods business. Eventually, I was given access to the cash room, where I was responsible for 8-12 cashiers and over $80,000.00 in cash.

Within a few years of working for the sporting goods company, I was recruited by Caldor, which at the time was what Wal-Mart & Target are today. At Caldor, I was hired to open their new store in Garden City, New York. My position was, Sporting Goods Department Manager. All of this was before I was 21 years old.

After I turned 21, my older brother and I decided to venture off into our own business, called Minuteman Press. He was a senior trainer for Minuteman, which gave us the opportunity to purchase a

███████████ ~ Minneola, Florida 34715 Tel: ███████████

franchise. We opened our first franchise in Kissimmee, Florida. This new business gave me a chance to learn how to own and operate my own business. At Minuteman, I was in charge of developing sales. My background in sales along with my outstanding people skills set us up for instant success. I built tremendous relationships with a few of the largest hotel operators in the country.

After several years of being involved in a family business, I decided it was time for me to explore opportunities on my own. I wanted to develop and own my own company that allowed me greater opportunities for my family. At this time, I had one child, my son Matthew who was 3.

During the next 20 or so years, I created a variety of businesses that I owned and operated. It was during these next 20 years that I truly discovered my capabilities as an entrepreneur. I worked to build a name for myself and along the way donated my time, money, and skills to help others who were less fortunate. Over the course of these years, I developed many successful and not so successful businesses. It is these experiences that taught me valuable lessons and paved the way for me to build on the future.

In the late 90's, I started a talent agency, which is what brought me into the industry I am in today, the Gentlemen's Club field. I became involved in this industry through my then-girlfriend, who was a published model for Penthouse Magazine, as well as Penthouse Pet of the Year. She educated me on the business and the need for someone to be more involved in protecting the models/entertainers. I became that agent, the booking agent who looked out for the wellbeing of the entertainers. It helped me in developing the first of its kind Independent Contractor Program. This became one of the leading programs in our industry, and allowed my company to be the #1 booking agency in the country, which was covered in industry magazines. Being in this business also gave me the opportunity to travel the country touring over 200 Gentlemen's Clubs. I had a unique chance to network with some of the leading operators as well as learn what made them successful and also saw what made others not so successful. I took all of this knowledge and launched a consulting company, which was geared towards teaching those not so successful operators how they could improve their operations.

Don Waite at ED Publications took notice of my success and wrote a multi page article on my achievements. This article opened the eyes of one of the leading operators in the Gentlemen's Club industry, Mr. Jerry Reid. Jerry wanted to meet with me to discuss opportunities he could offer. He also wanted to learn about some of the new programs I was about to launch. We met at a convention in Myrtle Beach, SC where he and I clicked like we had known each other for decades. This meeting led me to move to Pinehurst, NC where I became neighbors with Jerry and eventually opened an office with him. Jerry and I shared a similar work ethic and both of us had minds filled with innovative ideas. This was the start of an amazing friendship and business partnership. Jerry became my mentor, and he even seemed to enjoy being mentored by me in some areas as well.

During our partnership, I not only continued to operate my businesses, but created new businesses with Jerry. I developed one of the first licensing industry programs for the Pure Gold chain. Jerry and I were a match made in heaven. It was my aggressive, ambitious and young qualities that energized Jerry. He taught me so much about the industry and why it was important to make everyone feel like family. It was this basic fundamental rule ("make everyone feel like family") that would earn you friendships, partnerships, success and good fortune. I followed Jerry's advice and learned that life was about embracing others--that this in itself was the key ingredient in building a solid foundation. I looked up to Jerry like he was my father. I adored him and his fascination with people. He taught me how to excel and also taught me what not to do--in short what ethical pitfalls to avoid.

2

Ironically, in light of what later happened in my life, Jerry told me what kind of people to stay away from. I eventually left his organization, to open my own Gentlemen's Clubs, which became the fastest growing chain in the industry. I am extremely grateful for the friendship that he and I shared until his death in December of 2013.

Jerry's death affected me deeply, as I lost a dear friend and business partner who I had leaned on when I needed advice or help with any number of issues. I visited with Jerry during his illness every week and was there just a few days prior to his departure to hold his hand and say goodbye. I think he knew this was going to be our last chance to see one another.

I have been very successful in my businesses, beyond what I ever imagined possible, which has afforded me and my family a very nice and stable life. It also allowed me to do what I love most; giving back to the community. Over the years I have done many community fundraisers, which some of my friends have mentioned in their letters about me. There is nothing more fulfilling in life than to give back to your community to those who are less fortunate. I have also been able to support, nurture, and mentor, emotionally and financially, many of the young people who have come through my clubs as employees.

Along this journey I have brought 4 children into this world, Matthew, age 25, N▮▮▮ age 13, P▮▮ age 1, P▮ age 4 months, and have taken on a third son C▮▮▮ who is age 6. My wife and I have always strived to be an example to our children.

Unfortunately, I let my guard down in early 2012, when my friend Vlad asked me if I was looking for any investors. I decided to go to a meeting to see what he and his associates were interested in doing. I sat through this meeting, the meeting where I first met Ravi, and said things I should never have said, mostly because I didn't want to offend my friend or look stupid and unsophisticated. In hindsight, it is obvious I should have quickly left the place. Although, I stayed and listened, I left that meeting not planning to call them again.

At the time of this fateful first meeting with Ravi, I had been dealing with an extremely difficult financial situation that was putting me under severe pressure and stress. My business partner in my clubs at the time, a man named Jerry Golding, had stopped paying my management fees and profits. This had been going on for over a year. This situation caused me to investigate what was going on within our company. It was this investigation that uncovered massive theft in the millions by my partner, which included his office not paying assorted local and federal taxes. The tax debt was over $300,000.00, which I was equally responsible for. This caused me to panic. I eventually filed a federal lawsuit against Golding, which is ongoing in the court system now.

I was under additional financial strain while the problems with Golding were surfacing. I was not only responsible to pay my own personal and business bills, but had the responsibility of caring for my mom who had zero income, child support for my son Nicholas, and mortgage payments and assorted bills for Nicholas's mom. I had also just opened one of the largest country music venues in the country. I had 2 partners in this new venture who failed to nurture the business as outlined in our operating agreement. The entire operation was dropped on my shoulders. I was the sole guarantor of a multi million-dollar lease and had to do everything I could to protect this business from failing or risk losing everything I had ever worked for. I also felt obligated to my employees of this club. They were not just employees to me, they were family.

About two months went by after the first, February 2012, meeting with Ravi, and eventually I decided to participate in the unlawful scheme. My friend Vlad who introduced me to Ravi was constantly being egged on by Ravi to get me "on board" with the crime. The Government tapes show this and show that during the time period between the first meeting and my agreement to join the conspiracy, I was not

the aggressive party. Ravi was always asking Vlad if I was "on board" and when Vlad tried to suggest other options that did not involve me Ravi always said they needed me because of my big clubs.

Let me make it clear. Like I said earlier, I knew this was wrong and unlawful and I take full responsibility for my actions. Once I stepped over the line it became easier and easier to for me to do the laundering and I took the percentage based profits I received and I used them. But I would never have even thought about something like this without being recruited by Ravi.

I remember, after finally deciding to join the illegal scheme, how I felt the very next day sitting on my couch. I realized that I just involved myself in something that could potentially harm my children. Even worse, later on after losing the so called cartel's $200,000.00 investment in one of my clubs, I worried that I would be murdered. I couldn't sleep and lived with daily anxiety and stress over this unthinkable decision.

This profound misstep I took in life has caused my loved ones much disappointment and pain. I've asked myself many times, how could I have lived teaching my children the difference between right and wrong, and the consequences of immoral actions, then find myself learning from the exact lessons I taught them. It's a mistake that is hard to swallow and one that I must live with for the rest of my life. I realize that no matter how it started, whether real or not, I let down the very community that supported me. I will forever be tarnished with a felony record and will have to work even harder to overcome the stigma that comes along with it. Having to face my family, peers and most of all my children is enough to cause me never see another courtroom in my life.

These past 11 months have been a terrible lesson learned. I see the hurt in my oldest child's eyes and know the pain that this will cause C█████ and now my two youngest daughters. My son Matthew has been in my custody since he was 10 years old. While he is a fine young man today, he has only had me to depend on for the past 14 years. I continue to assist Matthew with financial support as he works on building his career.

N█████ my 13-year-old lives with my ex wife and has only had us to count on. He and I have an incredible father son relationship. He is an A honors student and has had to deal with bullies at school due to the media circus that has surrounded my case. He doesn't have any other family as his mom's entire family has passed away.

C█████ is a very loving child and also depends on the love and affection I give to him. His biological father makes zero effort to be a part of his life nor does he pay any financial support that is required to raise a child. C█████ is very much in the need of a father in his life and I am that father who provides him with all of the necessities a young boy needs as well as love and support. He constantly tells me how great I am and that I am the greatest thing in his life.

My little girls, well, they are too young to know what's going on, but what they do know is that they have a very loving and affectionate father to hold them when they are feeling the least secure. Although, they are both young, P█████ my 13-month old is a daddy's girl. She clings to me daily. She loves play time, outside adventures, story-book time, walks around the block and most of all constantly loves to be cuddled by me. Her laughter when I tickle her and grab her ears is priceless. My children are very fortunate to have me home much of the time. Most of my work is done from my home office, which has given me a tremendous amount of time to raise my children.

Lastly, my wife Stephanie and I have the most amazing marriage. She been extremely supportive considering all of the circumstances and will be devastated by the potential outcome of this situation. We

4

work as a team in our home. We are both there for our children and are there sharing the responsibilities when one or both of our children are battling asthma attacks.

My wife works full time for her company and would be devastated having to care and support for our children on her own. Not to mention, two of our youngest, C▇ and P▇ are battling asthma which requires breathing treatments 3 times a day. This will also likely be required by Piper, our 4 month old. A prison sentence would be catastrophic for N▇ and his mother, because I am responsible for his child support and all medical insurance, as well as paying for the mortgage on their house ($4,000.00 per month), which I have been doing for the past 14 years. I don't know what they would do without me. N▇'s mother is panicked by this situation and I don't blame her, because this is very scary for all us.

I am so sorry for what I have done to my entire family, to the many people who have believed in me and looked up to me. I know that every case differs from another and each person is individually different. I pray that the Court takes all of this into consideration when determining my punishment for the crimes I committed. I'm obviously biased, but I do not feel that placing me in the prison system will help anyone or serve any purpose that cannot be accomplished by a sentence of time served, restitution, and community service. I can do more good on the outside--telling people about my mistakes, creating jobs, and providing for my family and those in need as I have always done.

I realize that I am asking a lot, but if the Court allows for time served, rather than prison, it would be a way for me to immediately start to repay any fines or penalties the Court may impose. It would also prevent a catastrophic event from taking place with regards to the well being of my family and children. I ask the Court to please take everything into consideration in determining my sentence. I hope that the Court finds the uniqueness of this case a way to help in determining a significant downward variance.

I will of course humbly accept whatever the Court decides, but hope that it is a sentence with the least amount of collateral damage. I know that my family prays for the mercy of this Court and Your Honor. If the Court feels time in prison is necessary, I will use that time to better myself.

Your Honor, thank you for taking the time to oversee this case, read this letter and most of all for the many years of service you have provided to so many.

Sincerely,

Michael J. Rose