NELSON, MULLINS, RILEY & SCARBOROUGH, LLP

SOLOMON L. WISENBERG, ESQ., DC Bar No. 464867
DAN MCCOY, ESQ., SC Bar No. 80128
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorneys for Defendants (Pro Hac Vice)
Michael Rose

THOMAS H. BIENERT, JR., ESQ.
CA BAR No. 135311
Bienert, Miller and Katzman, PLC
903 Calle Amanecer
Suite 350
San Clemente, CA 92673
Telephone: 949.369.3700
Attorney for Defendants
Michael Rose

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL ROSE, et al.,<br><br>               Defendants. | No. 15-CR-0126-WHA<br><br>**DEFENDANT MICHAEL ROSE'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**<br><br>Date: May 31, 2016<br>Time: 2:00 p.m.<br>Court: Hon. William Alsup |

1  TO THE HONORABLE WILLIAM ALSUP, U.S. DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA

2

3  Defendant Michael Rose respectfully submits this Response to the Government's

4  Sentencing Memorandum.

5  The Government's Sentencing Memorandum in Mr. Handl's case, in discussing the drug

6  count, applies the two-level safety valve reduction, resulting in a total offense level of 27

7  pursuant to U.S.S.G. § 2D1.1(b)(17)). *See* Dkt. 451 at 5.  Neither Mr. Rose's Sentencing

8  Memorandum nor the Government's Sentencing Memorandum in Mr. Rose's case discusses this

9  specific point, but Mr. Rose agrees with the Government's position in its Handl Sentencing

10  Memorandum that that the reduction is appropriate, because the safety valve, as acknowledged

11  by the Government and the U.S. Probation Office, applies in his case.

DATED: May 27, 2016

12

13              Respectfully submitted,

14              _____/s/_____

15              SOLOMON L. WISENBERG, ESQ., DC Bar No. 464867
                DAN MCCOY, ESQ., SC Bar No. 80128

16              101 Constitution Avenue, N.W., Suite 900
                Washington, D.C. 20001

17              Telephone: 202.689.2922
                Attorneys for Defendants (Pro Hac Vice)

18              Michael Rose

19

20

21

22

23

24

25

26
                                   MICHAEL ROSE'S RESPONSE TO GOVERNMENT'S
                                   SENTENCING MEMORANDUM
                                   No. 15-CR-0126-WHA

## CERTIFICATE OF SERVICE

I hereby certify on the 27th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record in this matter.

                 /s/
SOLOMON L. WISENBERG, ESQ., DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorneys for Defendants (Pro Hac Vice)
Michael Rose

MICHAEL ROSE'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM
No. 15-CR-0126-WHA