```
1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   LLOYD FARNHAM (CABN 202231)
    ANDREW F. DAWSON (CABN 264421)
5   Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6973
        FAX: (415) 436-7234
8       andrew.dawson@usdoj.gov

9   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 15-CR-00126 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) JOINT STIPULATION REGARDING<br>) PAYMENT OF FINE IMPOSED<br>) AND [PROPOSED] ORDER |
| MICHAEL ROSE, | ) |
| Defendant. | ) Sentencing Hearing:<br>) May 31, 2016, 2:00 p.m. |

This matter came before the Court for the imposition of sentence on May 31, 2016. The Court imposed a sentence that included the payment of a fine of $15,000. Pursuant to 18 U.S.C. § 3572(d), when imposing a fine, unless the fine is ordered paid immediately, the Court should include a schedule on which the fine shall be paid. Accordingly, the parties hereby agree and stipulate that the following payment schedule is reasonable and appropriate in this case, and agree and stipulate that this language shall be included in the final judgment and commitment in this case:

STIPULATION RE PAYMENT OF FINE
NO. 15-CR-00126 WHA                    1

1       The defendant shall pay to the United States a total fine of $15,000.  The fine consists of $15,000 for Count 1, which shall be due immediately.  When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

      Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, in monthly payments of not less than $200 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.  Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due.

The Probation Office also has indicated that it concurs in the inclusion of the above language in the judgment and commitment to be issued by the Court in this case.

      IT IS SO STIPULATED

DATED: June 2, 2016                                  Respectfully submitted,

                                                           BRIAN J. STRETCH
                                                           United States Attorney

                                                           /s/
                                                           LLOYD FARNHAM
                                                           ANDREW F. DAWSON
                                                           Assistant United States Attorney

                                                           /s/
                                                           SOLOMON WISENBERG
                                                           Nelson Mullins Riley & Scarborough LLP
                                                           Attorney for Defendant Michael Rose

      IT IS SO ORDERED.

DATED:

                                                           HON. WILLIAM ALSUP
                                                           United States District Court Judge