NELSON, MULLINS, RILEY & SCARBOROUGH, LLP

SOLOMON L. WISENBERG, ESQ.
DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorney for Defendants (Pro Hac Vice)
Michael Rose

THOMAS H. BIENERT, JR., ESQ.
CA BAR No. 135311
Beinert, Miller and Katzman, PLC
903 Calle Amanecer
Suite 350
San Clemente, CA 92673
Telephone: 949.369.3700
Attorney for Defendants
Michael Rose

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**MICHAEL ROSE,** )<br>)<br>)<br>Defendant. )<br>) | No. 15-CR-0126-WHA<br><br>**DEFENDANT MICHAEL ROSE'S UNOPPOSED MOTION TO EXTEND REPORTING DATE** |

Defendant Michael Rose, through undersigned counsel, hereby moves for an extension of his reporting date to the Bureau of Prisons. In support of the Motion, Mr. Rose submits the following:

UNOPPOSED MOTION TO EXTEND
REPORTING DATE
No. 15-CR-0126-WHA

1.      On May 31, 2016, Mr. Rose was sentenced to a term of 40 months imprisonment. The Court ordered Mr. Rose to surrender to serve his sentence at 2:00 pm on August 2, 2016, at the Bureau of Prisons facility at FCI Miami.

2.      Mr. Rose respectfully requests the Court grant an extension of his reporting date until Tuesday, September 27, 2016 at 2:00 pm. The basis for this requested extension is that Mr. Rose's wife is scheduled to have surgery on July 5, 2016, with a minimum recovery time of eight weeks. During her recovery, Mrs. Rose will require assistance in caring for their four children and will not be able to lift or carry their two infant children. The requested extension until September 27 will allow Mr. Rose to be the primary caretaker for the children until they return to school and will ensure Mrs. Rose has sufficient time to recover without having to lift or carry any weight.

3.      Undersigned counsel advised Assistant United States Attorney Andrew Dawson of Mr. Rose's intention to file this Motion, and he advised that the Government does not oppose this motion.

DATED: June 24, 2016.

>      Respectfully submitted,
>
>      /s/ Solomon L. Wisenberg_____
>      SOLOMON L. WISENBERG, ESQ.
>      DC Bar No. 464867
>      101 Constitution Avenue, N.W., Suite 900
>      Washington, D.C. 20001
>      Telephone: 202.689.2922
>      Attorney for Defendants (Pro Hac Vice)
>      Michael Rose

**CERTIFICATE OF SERVICE**

I hereby certify on the 24th day of June, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record in this matter.

/s/ Solomon L. Wisenberg
SOLOMON L. WISENBERG, ESQ.
DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.689.2922
Attorney for Defendants (Pro Hac Vice)
Michael Rose

UNOPPOSED MOTION TO EXTEND
REPORTING DATE
No. 15-CR-0126-WHA