1  NELSON, MULLINS, RILEY & SCARBOROUGH, LLP

2  SOLOMON L. WISENBERG, ESQ.
3  DC Bar No. 464867
   101 Constitution Avenue, N.W., Suite 900
4  Washington, D.C. 20001
   Telephone: 202.689.2922
5  Attorney for Defendant (Pro Hac Vice)
   Michael Rose
6
   THOMAS H. BIENERT, JR., ESQ.
7  CA BAR No. 135311
   Beinert, Miller and Katzman, PLC
8  903 Calle Amanecer
   Suite 350
9  San Clemente, CA 92673
   Telephone: 949.369.3700
10 Attorney for Defendant
   Michael Rose
11

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN FRANCISCO DIVISION**

14

15 **UNITED STATES OF AMERICA,**          )
                                          )
16                       **Plaintiff,**   )    **No. 15-CR-0126-WHA**
                                          )
17    **vs.**                             )    **[PROPOSED]** **ORDER GRANTING**
                                          )    **DEFENDANT MICHAEL ROSE'S**
18 **MICHAEL ROSE,**                      )    **MOTION TO EXTEND REPORTING**
                                          )    **DATE**
19                                        )
                         **Defendant.**   )
20                                        )

21         Defendant Michael Rose's Motion for an extension of his reporting date is hereby

22 **GRANTED**. Defendant Rose shall surrender for service of his sentence at FCI Miami at 2:00

23 pm on September 27, 2016.

24         **IT IS SO ORDERED.**

25

26 Dated:  __June 30, 2016.__          _____
                                        Hon. William Alsup
                                        United States District Judge